FREUND & BRACKEY LLP
Jonathan D. Freund (Admitted *pro hac vice*)
Derek S. Lemkin (Admitted *pro hac vice*)
427 North Camden Dr
Los Angeles, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

*Attorneys for Defendants*
THE TOMATO MUSIC WORKS LIMITED and MARY EGGERS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TOWNES VAN ZANDT II, ) <br> WILLIAM VAN ZANDT, KATIE BELLE ) <br> VAN ZANDT, By her next Friend, ) <br> JEANENE VAND ZANDT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEVIN EGGERS, THE EGGE COMPANY ) <br> LIMITED, TOMATO MUSIC WORKS ) <br> LIMITED, TOMATO MUSIC COMPANY, ) <br> LTD.  NAVARRE CORPORATION, THE ) <br> ORCHARD ENTERPRISES, INC. and ) <br> MARY EGGERS, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 05 CV 10661 (RJH) <br><br> PARTIAL ECF CASE <br> FILED ELECTRONICALLY <br><br><br> **DEFENDANT'S** <br> **EVIDENTIARY OBJECTIONS** <br> **TO THE DECLARATION OF** <br> **PATRICK T. PERKINS** |

Defendants THE TOMATO MUSIC WORKS LIMITED and MARY EGGERS hereby submit their evidentiary objections to the evidence submitted by plaintiffs JOHN TOWNES VAN ZANDT II, WILLIAM VAN ZANDT, KATIE BELLE VAN ZANDT and JEANENE VAND ZANDT in support of their Motion for Preliminary Injunction.

1

Defendants' Evidentiary Objections to Declaration  of Patrick Perkins

**OBJECTIONABLE EVIDENCE**             **GROUNDS**

| | |
|---|---|
| DECLARATION OF PATRICK T. PERKINS:<br><br>1. Entire declaration | 1. Mr. Perkins failed to properly swear that her declaration was given under the laws of the United States as required by the Federal Rules of Evidence. |
| 2. Paragraph 3, beginning with second sentence and to end of paragraph | 2. Relevance. Federal Evidence Code § 401<br><br>Also: Lack of Foundation, Hearsay, Improper Opinion and Speculation. Ev. C. §§ 602, 801, 701 |
| 3. Paragraph 4 in its entirety. | 3. Hearsay, Improper Opinion, Relevance, lack of foundation and constitutes Speculation. Ev.C. §§ 210, 350, 351 and 403 |
| 4. Paragraph 5 in its entirety. | 4. Relevance. Hearsay, Improper Opinion and constitutes Speculation. Ev.C. §§ 210, 350, 351 and 403 |
| 5. Paragraph 6 in its entirety. | 5. Relevance. Ev. C § 401 |
| 6. Paragraph 9 in its entirety. | 6. Improper Authentication. Ev. C § 901; Improper Expert Testimony and Basis for Expert Testimony. Ev. C §§ 702, 703<br><br>Also Lack of Foundation. Hearsay. Improper Opinion. Ev. C. §§ 602, 801, 701 |
| 7. Paragraph 10 in its entirety. | 7. Improper Authentication. Ev. C § 901; Improper Expert Testimony and Basis for Expert Testimony. Ev. C §§ 702, 703<br><br>Also Lack of Foundation. Hearsay. Improper Opinion. Ev. C. §§ 602, 801, 701 |

Defendants' Evidentiary Objections to Declaration of Patrick Perkins

| | |
|---|---|
| 8. Paragraph 11 in its entirety. | 8. <u>Relevance</u>. Ev. C § 401 |
| 9. Paragraph 12 in its entirety. | 9. <u>Relevance</u>. Ev. C § 401. |
| 10. Paragraph 14 in its entirety. | 10. <u>Improper Authentication</u>. Ev. C § 901; <u>Improper Expert Testimony and Basis for Expert Testimony</u>. Ev. C §§ 702, 703<br><br>Also <u>Lack of Foundation</u>. <u>Hearsay</u>. <u>Improper Opinion</u>. <u>Relevance</u>. Ev. C. §§ 401, 602, 801, 701 |

September 14, 2006               FREUND & BRACKEY LLP

By: *Jonathan D. Freund*

Jonathan D. Freund (Admitted *pro hac vice*)
Derek S. Lemkin (Admitted *pro hac vice*)
427 North Camden Dr
Los Angeles, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

Defendants' Evidentiary Objections to Declaration of Patrick Perkins